IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR257 |
| vs. | |
| DILLON GRABOWSKI, | ORDER |
| Defendant. | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF PRETRIAL DEADLINE [28]. The record shows that this deadline expired on December 29, 2015. The court finds that the defendant has not shown good cause for extending the deadline.

**IT IS ORDERED:**

Defendant's MOTION FOR EXTENSION OF PRETRIAL DEADLINE [28] is denied.

Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Monday, January 4, 2016.

Dated this 30th day of December, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge