IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES AMERICA, | ) | Case No.   8:15CR257 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DILLON GRABOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on October 24, 2017 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Sentencing Exhibits from hearing held 10/20/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   October 24, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

**Exhibits-Order_to_Destroy.docx**
Approved 12/17/15